IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRIS DILLARD GREEN,

   Petitioner,

     v.

LOREN GRAYER
WARDEN, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-473-TWT

## ORDER

This is a Petition for a Writ of Habeas Corpus by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the Petition as moot. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of January, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge